1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERT WRIGHT RAMIREZ,            Case No. CV 15-6338 SS

12                  Petitioner,

13        v.                                   **JUDGMENT**

14   FRED FIGUEROA, Warden,

15                  Respondent.

16

17

18        Pursuant to the Court's Memorandum Decision and Order

19   Dismissing Petition,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED:  April 1, 2016

25

26                                   _____/S/_____
                                     SUZANNE H. SEGAL
27                                   UNITED STATES MAGISTRATE JUDGE

28